# EXHIBIT A

Dear Honorable Judge James Otero

    I am writing you today in the hopes that you will allow me a few minutes of your time to state my sincere regret and shame for having to appear before you for sentencing.  There are no words strong enough to express how sorry I am for having put my family and loved ones through so much pain.  When I look back at the person who did all these things to cause such tragedy I do not recognize him.  I grew up with loving parents who gave me every opportunity to succeed.  They allowed me to help them run our family businesses which I helped manage for over 20 yrs.  However somewhere along the way I do not know why my life took a wrong turn.  Instead of following my once healthy interests, I suddenly turned to drugs and a unhealthy obsession of guns.  I was obsessed with both.  If I wasn't thinking about and consuming drugs, I was trying to buy another gun that would allow me a moment of joy.  My love of purchasing various firearms was not out of desire to use them for a bad purpose, rather I viewed them as collectors item.  Some of them were almost 100 years old or were only produced in very limited quantities, or had unique engravings and finishes to them.  That is why I liked them, even though I knew I wasn't allowed to have them.  And now, Judge Otero, I am in a federal jail pleading for mercy, while my 8 month old daughter Grezia, my beautiful wife Monica, are forced to survive without a husband and a father.  And I have no one to blame but my-self.

    Every moment I feel such pain and anger towards my actions. I look back at years and thousands of dollars wasted, which could have been used to raise my beautiful family, however, strangely, my shame, regret, and anger have also given me hope, that it is not too late to become a new man.  My once intense love for drugs and guns has now turned to equally intense hatred of those things. I only want to dedicate my life to my beautiful family.  Although it is hard to do, I am

asking you, Your Honor, to have mercy on me. I dream of one day being able to help my daughter potty train and take her to school. I dream of being able to hug my wife and take her to the movies.

When I am lucky enough to be released from custody, I would like to return to my family business in order to provide for my family and assist my elderly parents. However, my dream is to go to college and obtain a degree and one day start my own career. I want my daughter to be proud of me and know me not as the father who went to prison, but as her father who changed who he was for her.

Judge Otero, although I am so ashamed to ask, I be for your mercy and hope you will make those dreams come true, even though I don't deserve it.

Thank you for always being fair to me.

Sincerely

Oscar Camacho, Jr.

Dear Honorable Judge James Otero

I am writing you today in the hopes that you will allow me a few minutes of your time to state my sincere regret and shame for having to appear before you for sentencing. There are no words strong enough to express how sorry I am for having put my family and loved one through so much pain. When I look back at the person who did all these things to cause such tragedy I do not recognize him. I grew up with loving parents who gave me every opportunity to succeed. They allowed me to help them run our family businesses which I helped manage for over 20 yrs. However somewhere along the way I do not know why my life took a wrong turn. Instead of following my once healthy interests, I suddenly turned to drugs and a unhealthy obsession of guns. I was obsessed with both. If I wasn't thinking about and consuming drugs, I was trying to buy another gun that would allow me a moment of joy. My love of purchasing various firearms was not out of desire to use them for a bad purpose, rather I viewed them as collectors item. Some of them were almost 100 years old or were only produced in very limited quantities, or had unique engravings and finishes to them. That's why I liked them,

Even though I knew I wasn't allowed to have them. And now, Judge Otero, I am in a Federal jail pleading for mercy, while my 8 month old daughter Grezia, my beautiful wife Monica, are forced to survive without a husband and a father. And I have no one to blame but my-self.

Every moment I feel such pain and anger towards my actions. I look back at years and thousands of dollars wasted, which could have been used to raise my beautiful family, however, strangely, my shame, regret, and anger have also given me hope, that it is not too late to become a new man. My once intense love for drugs and guns has now turned to equally intense hatred of those things. I only want to dedicate my life to my beautiful family. Although it is hard to do, I am asking you, Your Honor, to have mercy on me. I dream of one day being able to help my daughter potty train and take her to school. I dream of being able to hug my wife and take her to the movies.

When I am lucky enough to be released from custody, I would like to return to my family business in order to provide for my family and assist my elderly parents.

However, my dream is to go to college and obtain a degree and one day start my own career. I want my daughter to be proud of me and know me not as the father who went to prison, but as her father who changed who he was for her.

Judge Otero, although I am so ashamed to ask, I beg for your mercy and hope you will make those dreams come true, even though I don't deserve it.

Thank you for always being fair to me

Sincerely,
Jacom M Camacho JR