# EXHIBIT B

Monica Laura Ceja

1228 Hilltop Dr.

Salinas, CA, 93905

January 20th, 2020

Dear Judge Otero,

I write this letter on behalf of Oscar M. Camacho, who I have known for a little over 4 years. Our relationship began as friends and in a short amount of time it became a romantic relationship. When we first met it was through one of his nieces who invited me out and introduced us. At the time we first met, we talked a lot and had good chemistry. I didn't see him however until May of the following year at one of our friend's graduation parties. At that moment we exchanged numbers and he had been drinking and I was not so he asked me if I could give him a ride home, so I did. The following day he invited me for breakfast and after that we started hanging out more, and going on dates.

He was such an outgoing person and he enjoyed being around a lot of people. Which was a plus for me because in my family we always have frequent family gatherings. He would encourage me to go to mass with him on Sundays and after he would invite me to dinner. We would do this almost every Sunday. We had a very good relationship for about a year and then the partying and constantly going out and wanting to go out of town started getting excessive and it was something that I personally didn't like because he started changing. We would no longer go to mass on Sundays because he was usually hung over and sometimes it would roll over into the week.

My job was very demanding and I would get out and be home around 7pm. I started focusing more on my job and I wasn't so much on him anymore.  I work with special need kids and help them achieve better social interaction and help with their day to day routines. During this time I felt a change drastically and I blame it on his drinking. When he was arrested in 2017 toward the end of December, our relationship was very rocky. I spent the night the day he was arrested at his parents' house because he had asked me if I could make sure he went to the gym because he was starting to feel bad health wise because of his constant   partying, since that day I was supposed to be at work at 7 in the morning.

When he was he was arrested a lot of difficult information came to light, like the fact that he was also seeing other women without me knowing. As difficult as this was for me I decided to help him. When he was released January 2, 2018, I let him know that we could be friends and start over. That I saw so much potential in him and I would only be in a relationship with the Oscar I

first met. The caring and loving person that I fell in love with. He was released and moved in with me. We started new I encouraged him to focus on rebuilding himself and told him it was never too late to become someone different, some that he would be proud of.

On May 3, 2019 our daughter Grezia Yamil Camacho was born. From the moment we found out I was pregnant Oscar who was already doing so well since his release became so much of a better person. He is a very easy person to love, and has many talents on of them being he is such a great cook. He is so good and would always tell me that his dream is to go to a culinary school. When he came out he looked for one but found a Trucking program to obtain his class A license and he was very successful in the program as well. He would go to school, work and the gym and at home during dinner he would always talk about how he wants to work and maybe in a future still open a restaurant and obtain a chef certificate. Also how he was so excited that he now has a daughter and he always dreamed of being a father but that he was glad it happened in the moment it did. Not when he was always intoxicated and under the influence.

When Oscar is released I hope to help him by supporting him and encouraging him to pursue his dreams. Even now I remain positive and he does too. He always tells me that when he is out once again he wishes to continue our life together and many times he has also expressed his deep remorse. He especially struggles with the fact that he is not with me and able to help with our daughter as well as missing many of her growing milestones she is achieving quickly. I am certain he will not commit any crimes because he is a very caring person and I also know he wants to be the best example to our daughter and any future children we have. We have talked about expanding our family and getting married. I will support him like I have been and I truly have faith that he can change and he is a good person with a great heart. He has always cared for his family, he treats his mother so nicely and respects his father's strong character.  I ask for a fair sentence because I respect the law, but I also ask that you take into consideration that from the time his offense occurred to now he is a completely different person. Also that a lot has changed in his life. He no longer drinks or uses any type of controlled substances. He has a daughter who he has been a great father to since the moment he knew she was on the way. Thank you for taking the time to read this.

                                                       Sincerely,
                                                       Monica Laura Ceja