# EXHIBIT D

Jesus Rigoberto Ceja
6750 El Colegio Rd, Apt. 226
Goleta, CA, 93117

January 19th, 2020

Your Honor,

I am writing this letter on behalf of Oscar Camacho, whom I have known for about 4 years now, first as a partner to my sister, Monica Laura Ceja, but later that developed into a genuine friendship between the two of us.

Oscar is truly a wonderful and caring man, in the short time I have known I've truly learned the value of what it means to be a generous person. I first met Oscar in 2016 when he began dating my sister. I was a little intimidated at first, by this towering man, but this image was quickly altered when we began to talk. Oscar was so warm, loving, and loved to crack jokes. He immediately made me feel welcomed. He had such a warm and bright personality, that just seemed to beam through any interaction you had with him. Also as the oldest you could see that he truly cared for his family, and cared how they perceived them.

As his relationship with my sister developed further I began to see more of Oscar. He would often talk to me about my future plans and expressed how happy he was that I was furthering my education, something he never had the chance to do as he felt an obligation to help his parents. Around this time I also began to note how heavily he would drink sometimes. I talked to my sister about this many times, but never addressed it directly with him.

After his conviction I noticed a big change in Oscar's lifestyle, since he wasn't allowed to drink he truly began on working on himself both physically and mentally. He began focusing on his fitness and also furthering his education even getting a class A license. Many times before I left home to attend UC Santa Barbara, the university I am currently attending, Oscar would come home from the gym and we'd sit and talk. He would always tell me how proud he was that I was following my dreams and going to school to study what I wanted, and truly control my future. Many times this would lead him to begin crying and he would tell me how much he regret the decisions that led to the circumstances he was currently in.

This remorse only deepened after the birth of my niece, his first child, Grezia Camacho. The love he had for her was obvious in the way this towering man would hold her, and baby talk to her. He would look at her and his eyes would light up with joy, but they'd also tear up with regret knowing that he would have to leave her.

I got the chance to go home and see Oscar a few times before his current incarceration. I would talk to him about my studies in Philosophy and Sociology. He would tell me that he wanted to further his education. He said maybe getting out he would want to get some form of degree if he could. I told him I'd help him in anyway that I could, and I mean it to this day, telling my sister about books she could send him.

Oscar truly has been a great influence in my life, and has given me advice that will guide me through it. I understand that what he did was wrong, but I also have come to understand that we are humans, and we all make decisions that we regret, some worse than others, but I truly believe Oscar would not do anything to further harm his relationship with his young daughter. He is truly a wonderful person and deserves a chance to bring that kind of positivity to a world that many times lacks those rays of light and glimmers of hope.

To conclude I would like to thank you for your time, and am available for further commenting if necessary

Best regards,

Jesus Rigoberto Ceja