# EXHIBIT F

**Eliodoro Vallecillo**
1044 Mohar St.
Salinas, CA 93905
(831) 756-3821
eliodorovallecillo@yahoo.com

26th January 2020

Dear Judge Otero,

My name is Eliodoro Vallecillo and I am Oscar's friend. Our friendship was formed through a shared passion for music about 4 years ago. I am a musician and his family would hire us to perform for family parties and get-togethers. As a result of that, he started helping my band out by letting us practice at his father's business. We also shared an interest in fitness and would regularly go to the gym together. Oscar has a big heart and is a very giving person.

On one occasion my band and I had a video-shoot in Los Angeles. We didn't have a means of transportation or a location to film, but Oscar rented a van for all of us and even found a place for us to record at a family member's house free of charge. He regularly did things like that for us.

It is through these acts of generosity and his moral support that our friendship grew. But it is also why his predicament came as a surprise, because it was not of his character. Although we tried not to speak too much about his situation to keep his spirit up, he did express sorrow and remorse. What hurt him the most was the thought of not being there for his wife and baby daughter. Separation from one's loved ones is one of the hardest things to endure. I honestly believe that Oscar will not commit any offense once he is released. We had a shared vision of partnering up in the music business and I still plan on doing that with him as soon as he is released. One of the best things I could do as a friend is to engage him not only in our music venture, but also living a healthy life-style. Simple things like going to the gym with him and continuing to set goals for ourselves and striving to achieve them. Thank you your Honor for reading this letter and hopefully this gives you a perspective on the kind, giving and generous person Oscar is.

Sincerely,

Eliodoro Vallecillo

**Eliodoro Vallecillo**
1044 Mohar St.
Salinas, CA 93905
(831) 756-3821
eliodorovallecillo@yahoo.com

26th January 2020

Dear Judge Otero,

    My name is Eliodoro Vallecillo and I am Oscar's friend. Our friendship was formed through a shared passion for music about 4 years ago. I am a musician and his family would hire us to perform for family parties and get-togethers. As a result of that, he started helping my band out by letting us practice at his father's business. We also shared an interest in fitness and would regularly go to the gym together. Oscar has a big heart and is a very giving person.

On one occasion my band and I had a video-shoot in Los Angeles. We didn't have a means of transportation or a location to film, but Oscar rented a van for all of us and even found a place for us to record at a family member's house free of charge. He regularly did things like that for us.

It is through these acts of generosity and his moral support that our friendship grew. But it is also why his predicament came as a surprise, because it was not of his character. Although we tried not to speak too much about his situation to keep his spirit up, he did express sorrow and remorse. What hurt him the most was the thought of not being there for his wife and baby daughter. Separation from one's loved ones is one of the hardest things to endure.

I honestly believe that Oscar will not commit any offense once he is released. We had a shared vision of partnering up in the music business and I still plan on doing that with him as soon as he is released. One of the best things I could do as a friend is to engage him not only in our music venture, but also living a healthy life-style. Simple things like going to the gym with him and continuing to set goals for ourselves and striving to achieve them. Thank you your Honor for reading this letter and hopefully this gives you a perspective on the kind, giving and generous person Oscar is.

Sincerely,

**Eliodoro Vallecillo**

**Eliodoro Vallecillo**
1044 Mohar St.
Salinas, CA 93905
(831) 756-3821
eliodorovallecillo@yahoo.com

26th January 2020

Dear Judge Otero,

    My name is Eliodoro Vallecillo and I am Oscar's friend. Our friendship was formed through a shared passion for music about 4 years ago. I am a musician and his family would hire us to perform for family parties and get-togethers. As a result of that, he started helping my band out by letting us practice at his father's business. We also shared an interest in fitness and would regularly go to the gym together. Oscar has a big heart and is a very giving person.

On one occasion my band and I had a video-shoot in Los Angeles. We didn't have a means of transportation or a location to film, but Oscar rented a van for all of us and even found a place for us to record at a family member's house free of charge. He regularly did things like that for us.

It is through these acts of generosity and his moral support that our friendship grew. But it is also why his predicament came as a surprise, because it was not of his character. Although we tried not to speak too much about his situation to keep his spirit up, he did express sorrow and remorse. What hurt him the most was the thought of not being there for his wife and baby daughter. Separation from one's loved ones is one of the hardest things to endure.

I honestly believe that Oscar will not commit any offense once he is released. We had a shared vision of partnering up in the music business and I still plan on doing that with him as soon as he is released. One of the best things I could do as a friend is to engage him not only in our music venture, but also living a healthy life-style. Simple things like going to the gym with him and continuing to set goals for ourselves and striving to achieve them. Thank you your Honor for reading this letter and hopefully this gives you a perspective on the kind, giving and generous person Oscar is.

Sincerely,

**Eliodoro Vallecillo**

*[signature]*

**Eliodoro Vallecillo**
1044 Mohar St.
Salinas, CA 93905
(831) 756-3821
eliodorovallecillo@yahoo.com

26th January 2020

Dear Judge Otero,

 My name is Eliodoro Vallecillo and I am Oscar's friend. Our friendship was formed through a shared passion for music about 4 years ago. I am a musician and his family would hire us to perform for family parties and get-togethers. As a result of that, he started helping my band out by letting us practice at his father's business. We also shared an interest in fitness and would regularly go to the gym together. Oscar has a big heart and is a very giving person.

On one occasion my band and I had a video-shoot in Los Angeles. We didn't have a means of transportation or a location to film, but Oscar rented a van for all of us and even found a place for us to record at a family member's house free of charge. He regularly did things like that for us.

It is through these acts of generosity and his moral support that our friendship grew. But it is also why his predicament came as a surprise, because it was not of his character. Although we tried not to speak too much about his situation to keep his spirit up, he did express sorrow and remorse. What hurt him the most was the thought of not being there for his wife and baby daughter. Separation from one's loved ones is one of the hardest things to endure.

I honestly believe that Oscar will not commit any offense once he is released. We had a shared vision of partnering up in the music business and I still plan on doing that with him as soon as he is released. One of the best things I could do as a friend is to engage him not only in our music venture, but also living a healthy life-style. Simple things like going to the gym with him and continuing to set goals for ourselves and striving to achieve them. Thank you your Honor for reading this letter and hopefully this gives you a perspective on the kind, giving and generous person Oscar is.

Sincerely,

**Eliodoro Vallecillo**

*[signature]*