# EXHIBIT G

Dear Judge Otero,

      Oscar Jr. is a very close cousin of mine, ever since we were children. Oscar has always been a good person, very caring about everyone, and very responsible. Oscar is generally happy, respectful, and a great person to be around.The offense he committed was extremely out of character, no one would expect him to commit an offense like he did. He extremely regrets the decisions he made and wishes he could change them. I believe Oscar will not commit any more offenses because now he is a father and has to look out for his daughter. Oscar has told me how much he regets everything he did.

Thank You,

Sonia Rodriguez