# EXHIBIT I



# THIS IS TO CERTIFY THAT

### oscar camacho

PROGRAM PARTICIPANT

## HAS SATISFIED THE TAT TRAINING PROGRAM REQUIREMENTS AND MAY HEREBY BE CONSIDERED A

# CERTIFIED TRUCKER AGAINST TRAFFICKING

Jun 21, 2018

DATE



KENDIS PARIS

**EXECUTIVE DIRECTOR**
TRUCKERS AGAINST TRAFFICKING

# ENTRY-LEVEL
# DRIVER TRAINING CERTIFICATE

I certify _Oscar Camacho Maravilla_ has completed
(Name of driver)

training requirements set forth in the Federal Motor Carrier Safety Regulations
for entry-level driver training in accordance with 49 CFR 380.503.

_E-E-T_
(Training provider)

_Guadalupe A Nuñez_
(Person attesting that the driver has received required training)
(Printed)

_Guadalupe_
(Signature)

(Mailing address)

_930 los Coches Drive_

_Soledad CA 93960_

_06-21-18_
(Date of certificate issuance)

© Copyright 2004  J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA • 1-800-327-6868 • www.jjkeller.com • Printed in the United States

664-FS-A2  9643

# Center for Employment Training
## Graduation Certificate

*issued to*

## Oscar  Maravilla Camacho

*as evidence of the satisfactory completion*
*of skill training in:*

### Truck Driver



**Completed at:**

930 Los Coches Drive
Soledad, CA 93960

*Hermelinda Sapien*

*President / CEO*

**Completed on:**

Nov 26, 2018



ID#  0318

Print Letters

Page 1 of 2



# CENTER FOR EMPLOYMENT TRAINING

930 Los Coches Drive
Soledad, CA 93960
Phone: (831) 678-0448

# Transcript

**Student:** Oscar Maravilla Camacho
1172 S. Main St 420
SALINAS, CA 93905
**SSN:** XXX-XX-0318
**Enrollment:** 6/11/2018 to 11/26/2018
**Program:** Truck Driver
**Print Date:** 12/13/2018

CET courses are competency-based. Completion of a competency provides the individual with the knowledge and skills necessary to succeed in the job market.
The competencies completed by Oscar Maravilla Camacho while at CET were:

|   | Score% | Competency |
|---|--------|------------|
| 1 | 89 | **BASIC OPERATION** |
| 2 | 89 | **SAFE OPERATING PROCEDURES** |
| 3 | 91 | **ADVANCED OPERATING PROCEDURES** |
| 4 | 90 | **VEHICLE MAINTENANCE** |
| 5 | 91 | **NON-VEHICLE ACTIVITIES** |
| 6 | 95 | **STATE LICENSE PREPARATION** |
| 7 | 89 | **JOB PREPAREDNESS** |
| 8 | 100 | **CUSTOMER SERVICE SKILLS** |
| 9 | 88 | **BASIC COMPUTER SKILLS** |

Total number of competencies possible: 9
Total number of competencies completed: 9
Class hours attended: 635.5
Exit Status: Job Ready
Graduation Date: 11/26/2018

*Hermelinda Sapien*

President/CEO

CENTRAL ADMINISTRATION
701 Vine Street, San Jose, California 95110
California: (800) 533-2519   Interstate: (800) 445-7607

https://cet.directtechnology.com/Letters/PrintLetters.aspx?Id=22540

12/20/2018

| Student: | Maravilla Camacho, Oscar | Class: | TD30 | Start Date: | 6/11/2018 |
|---|---|---|---|---|---|
| Student ID: | 5020313 | Funding Source: | STA18B - Student Tuition | Last Day Attended: | 11/26/2018 |
| Service Rep: | Laura Mireles | Tuition Total: | $11,333 | Scheduled/Actual Attendance Hours: | 696 (110.48%) / 635.5 (100.87%) |
| Center: | Soledad | Course Weeks: | 21.0 | Competencies: | 9 |
| Status: | Graduated (G-E) | Course Clock Hours: | 630 | Comp Completed: | 9 (100%) |
| Status Date: | 1/2/2019 | Grad Date: | 11/26/2018 | Scheduled/Actual Attendance Hours After J: | / |
| Exit Date: | 11/28/2018 | | | | |

## Daily Detail Attendance

### CLASS: TD30 - FULL TRAINING (PRIMARY)

| No. | Begin Date | Poss. Hours | Actl. Hours | Abs. Hours | Ins. Hours | Hol. Hours | Total Hours | Cum. Pos. Hours | Cum. Actl. Hours | Cum. Comp. | Sched. Att. | Actl. Att. | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/11/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 6.00 | 6.00 | 0 | 0.95% | 100.00% | C |
| 2 | 6/12/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 12.00 | 12.00 | 0 | 1.90% | 100.00% | C |
| 3 | 6/13/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 18.00 | 18.00 | 0 | 2.86% | 100.00% | C |
| 4 | 6/14/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 24.00 | 24.00 | 0 | 3.81% | 100.00% | C |
| 5 | 6/15/2018 | 6.00 | 5.50 | 0.50 | 0 | 0 | 5.50 | 30.00 | 29.50 | 0 | 4.76% | 98.33% | C |
| 6 | 6/18/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 36.00 | 35.50 | 0 | 5.71% | 98.61% | C |
| 7 | 6/19/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 42.00 | 41.50 | 0 | 6.67% | 98.81% | C |
| 8 | 6/20/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 48.00 | 47.50 | 0 | 7.62% | 98.96% | C |
| 9 | 6/21/2018 | 6.00 | 5.00 | 1.00 | 0 | 0 | 5.00 | 54.00 | 52.50 | 0 | 8.57% | 97.22% | C |
| 10 | 6/22/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 60.00 | 58.50 | 0 | 9.52% | 97.50% | C |
| 11 | 6/25/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 66.00 | 64.50 | 0 | 10.48% | 97.73% | C |
| 12 | 6/26/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 72.00 | 70.50 | 0 | 11.43% | 97.92% | C |
| 13 | 6/27/2018 | 6.00 | 4.50 | 1.50 | 0 | 0 | 4.50 | 78.00 | 75.00 | 0 | 12.38% | 96.15% | C |
| 14 | 6/28/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 84.00 | 81.00 | 0 | 13.33% | 96.43% | C |
| 15 | 6/29/2018 | 6.00 | 5.50 | 0.50 | 0 | 0 | 5.50 | 90.00 | 86.50 | 0 | 14.29% | 96.11% | C |
| 16 | 7/2/2018 | 6.00 | 5.00 | 1.00 | 0 | 0 | 5.00 | 96.00 | 91.50 | 0 | 15.24% | 95.31% | C |
| 17 | 7/3/2018 | 6.00 | 5.00 | 1.00 | 0 | 0 | 5.00 | 102.00 | 96.50 | 0 | 16.19% | 94.61% | C |
| 18 | 7/4/2018 | 0.00 | 0.00 | 0.00 | 0 | 6 | 0.00 | 102.00 | 96.50 | 0 | 16.19% | 94.61% | C |
| 19 | 7/5/2018 | 6.00 | 5.00 | 1.00 | 0 | 0 | 5.00 | 108.00 | 101.50 | 0 | 17.14% | 93.98% | C |
| 20 | 7/6/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 114.00 | 107.50 | 0 | 18.10% | 94.30% | C |
| 21 | 7/9/2018 | 6.00 | 0.00 | 6.00 | 0 | 0 | 0.00 | 120.00 | 107.50 | 0 | 19.05% | 89.58% | C |
| 22 | 7/10/2018 | 6.00 | 5.50 | 0.50 | 0 | 0 | 5.50 | 126.00 | 113.00 | 1 | 20.00% | 89.68% | C |
| 23 | 7/11/2018 | 6.00 | 5.50 | 0.50 | 0 | 0 | 5.50 | 132.00 | 118.50 | 1 | 20.95% | 89.77% | C |
| 24 | 7/12/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 138.00 | 124.50 | 1 | 21.90% | 90.22% | C |
| 25 | 7/13/2018 | 6.00 | 5.00 | 1.00 | 0 | 0 | 5.00 | 144.00 | 129.50 | 1 | 22.86% | 89.93% | C |
| 26 | 7/16/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 150.00 | 135.50 | 1 | 23.81% | 90.33% | C |
| 27 | 7/17/2018 | 6.00 | 6.00 | 0.00 | 0 | 0 | 6.00 | 156.00 | 141.50 | 1 | 24.76% | 90.71% | C |
| 28 | 7/18/2018 | 6.00 | 5.00 | 1.00 | 0 | 0 | 5.00 | 162.00 | 146.50 | 1 | 25.71% | 90.43% | C |