# EXHIBIT J



# Center for Employment Training

930 Los Coches Drive, #103 • Soledad, CA 93960
Phone: (831) 678-0448 / Fax: (831) 678-0592

12/18/2018

To whom it may concern,

This letter of support is for Oscar Maravilla Camacho, Oscar enrolled in our Truck Driving program on June 11th of 2018 and completed the program on November 26th 2018. During his time with us Oscar was a good student and a solid driver behind the wheel. I have no doubt Oscar will make a good employee for someone if given the chance. I am asked to write many letters for students that have violated our states and country's laws and more times than not I politely turn them down, but in Oscars case I hope there is a possibility of a second chance.

Sincerely,

Tom Gentle
Regional Director, Soledad and El Paso campuses.