# EXHIBIT K

Laura Mireles
930 Los Coches Drive
Soledad, CA 93960
(831) 678-0448
lmireles@cet2000.org

My name is Laura Mireles, I am writing to you in reference of Oscar Maravilla Camacho. I have known Oscar Maravilla Camacho for about two years. I work at Center for Employment Training in the city of Soledad, CA as the Industrial Relations Specialist.

Oscar Maravilla Camacho was a truck driver student at Center for Employment Training. He started the truck driver course in June 2018. He took the course with the goal of obtaining his Class A Driver License. He was a great student always wanting to learn and very friendly, he help his classmates a lot. Never had any problems with him he got his work completed on time. He completed his course within the period given to him and right after graduation he work within the field of the truck driving industry. He has been responsible and provided me with the require information. He had stayed in contact with me after graduation. I believe he is a good person.

If you require any other additional information please feel free to contact me at (831) 678-0448 Monday-Friday 8a.m.-5p.m. or at my email lmireles@cet2000.org .

Sincerely,

Laura Mireles